

**MARSHALL · SUZUKI LAW GROUP, LLP**
230 California Street, Suite 415
San Francisco, CA 94111
Tel · 415 · 618 · 0090
Fax · 415 · 618 · 0190

December 23, 2021

**Via Email**

Cloudflare, Inc.
Attn: Ryan Carter
Legal Department
101 Townsend Street
San Francisco, CA 94107
Phone: 6503198930
Email: abuse@cloudflare.com

  **RE:**  **NOTIFICATION OF COPYRIGHT INFRINGEMENT**
     **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

  We represent Maki Murakami, a resident of Japan and the author of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

  It has recently come to our client's attention that certain user of your services has unlawfully published and posted certain contents on their websites located at https://ahentai.top, https://erocool.net, https://hentaidock.com, https://ja.nyahentai.com, and https://zhb.doghentai.com, more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

  Maki Murakami has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

  We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work. Specifically, we request that you remove or disable the Infringing Work from https://ahentai.top, https://erocool.net, https://hentaidock.com, https://ja.nyahentai.com, and https://zhb.doghentai.com or any of your system or services.

  We also request a written assurance that you have fully complied with our request.

December 23, 2021
Cloudflare, Inc.
Page 2 of 2

    I declare that the information in this notice is accurate, and under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

    Your immediate response will be appreciated.

Very truly yours,

Junji Suzuki
Attorney for Maki Murakami
junji@marshallsuzuki.com

| No. | Infringing Work | Title of Original Work | Original Work |
|---|---|---|---|
| 1 | https://ahentai.top/index.php?route=comic/article&comic_id=584236 | [ENG Ver.]The Hitman's Failure | https://www.dlsite.com/bl/work/=/product_id/RJ340363.html |
| 2 | https://ahentai.top/index.php?route=comic/article&comic_id=584622 | 殺し屋さんの落とし方 | https://dlsite.com/bl-touch/work/=/product_id/RJ314147.html |
| 3 | https://ahentai.top/index.php?route=comic/article&comic_id=602862 | こわいお兄さんが優しい | https://dlsite.com/bl-touch/work/=/product_id/RJ323075.html |
| 4 | https://ahentai.top/index.php?route=comic/article&comic_id=602865 | 生徒と2回目 | https://dlsite.com/bl-touch/work/=/product_id/RJ317398.html |
| 5 | https://ahentai.top/index.php?route=comic/article&comic_id=612222 | こわいお兄さんが優しい | https://dlsite.com/bl-touch/work/=/product_id/RJ323075.html |
| 6 | https://ahentai.top/index.php?route=comic/article&comic_id=617464 | 殺し屋さんの反省 | https://dlsite.com/bl-touch/work/=/product_id/RJ327314.html |
| 7 | https://ahentai.top/index.php?route=comic/article&comic_id=631802 | 小説家の機嫌が良い | https://dlsite.com/bl-touch/work/=/product_id/RJ334977.html |
| 8 | https://ahentai.top/index.php?route=comic/article&comic_id=631804 | 殺し屋さんの反省 | https://dlsite.com/bl-touch/work/=/product_id/RJ327314.html |
| 9 | https://erocool.net/detail/1850257o348176.html | 殺し屋さんの失敗 | https://dlsite.com/bl-touch/work/=/product_id/RJ311103.html |
| 10 | https://erocool.net/detail/1851584o348374.html | 殺し屋さんの落とし方 | https://dlsite.com/bl-touch/work/=/product_id/RJ314147.html |
| 11 | https://erocool.net/detail/1903662o358011.html | 生徒と2回目 | https://dlsite.com/bl-touch/work/=/product_id/RJ317398.html |
| 12 | https://erocool.net/detail/1903666o358017.html | こわいお兄さんが優しい | https://dlsite.com/bl-touch/work/=/product_id/RJ323075.html |
| 13 | https://erocool.net/detail/1930475o362311.html | こわいお兄さんが優しい | https://dlsite.com/bl-touch/work/=/product_id/RJ323075.html |
| 14 | https://erocool.net/detail/1948084o364624.html | 殺し屋さんの反省 | https://dlsite.com/bl-touch/work/=/product_id/RJ327314.html |
| 15 | https://erocool.net/detail/1994984o370811.html | 殺し屋さんの反省 | https://dlsite.com/bl-touch/work/=/product_id/RJ327314.html |
| 16 | https://erocool.net/detail/2083127o383503.html | 殺し屋さんの失敗 | https://dlsite.com/bl-touch/work/=/product_id/RJ311103.html |
| 17 | https://hentaidock.com/hentaidock-dot-com-00363215 | 小説家の機嫌が良い | https://dlsite.com/bl-touch/work/=/product_id/RJ334977.html |
| 18 | https://hentaidock.com/sin-koroshiya-sann-no-shippai-00340839 | [ENG Ver.]The Hitman's Failure | https://www.dlsite.com/bl/work/=/product_id/RJ340363.html |
| 19 | https://hentaidock.com/sin-koroshiya-san-no-hansei-00357094 | 殺し屋さんの反省 | https://dlsite.com/bl-touch/work/=/product_id/RJ327314.html |
| 20 | https://hentaidock.com/sin-koroshiya-san-no-hansei-00363214 | 殺し屋さんの反省 | https://dlsite.com/bl-touch/work/=/product_id/RJ327314.html |
| 21 | https://hentaidock.com/sin-koroshiya-san-no-shippai-eng-00375890 | [ENG Ver.]The Hitman's Failure | https://www.dlsite.com/bl/work/=/product_id/RJ340363.html |
| 22 | https://hentaidock.com/sin-kowai-onii-san-ga-yasashii-digital-00350524 | こわいお兄さんが優しい | https://dlsite.com/bl-touch/work/=/product_id/RJ323075.html |
| 23 | https://hentaidock.com/sin-kowai-onii-san-ga-yasashii-eng-00354782 | こわいお兄さんが優しい | https://dlsite.com/bl-touch/work/=/product_id/RJ323075.html |
| 24 | https://hentaidock.com/sin-seito-to-2-kaime-digital-00350517 | 生徒と2回目 | https://dlsite.com/bl-touch/work/=/product_id/RJ317398.html |
| 25 | https://ja.nyahentai.com/g/348176/ | 殺し屋さんの失敗 | https://dlsite.com/bl-touch/work/=/product_id/RJ311103.html |
| 26 | https://ja.nyahentai.com/g/348374/ | 殺し屋さんの落とし方 | https://dlsite.com/bl-touch/work/=/product_id/RJ314147.html |
| 27 | https://ja.nyahentai.com/g/358011/ | 生徒と2回目 | https://dlsite.com/bl-touch/work/=/product_id/RJ317398.html |
| 28 | https://ja.nyahentai.com/g/358017/ | こわいお兄さんが優しい | https://dlsite.com/bl-touch/work/=/product_id/RJ323075.html |
| 29 | https://ja.nyahentai.com/g/362311/ | こわいお兄さんが優しい | https://dlsite.com/bl-touch/work/=/product_id/RJ323075.html |
| 30 | https://ja.nyahentai.com/g/364624/ | 殺し屋さんの反省 | https://dlsite.com/bl-touch/work/=/product_id/RJ327314.html |
| 31 | https://ja.nyahentai.com/g/370811/ | 殺し屋さんの反省 | https://dlsite.com/bl-touch/work/=/product_id/RJ327314.html |
| 32 | https://ja.nyahentai.com/g/383503/ | 殺し屋さんの失敗 | https://dlsite.com/bl-touch/work/=/product_id/RJ311103.html |
| 33 | https://zhb.doghentai.com/g/348374/ | 殺し屋さんの落とし方 | https://dlsite.com/bl-touch/work/=/product_id/RJ314147.html |
| 34 | https://zhb.doghentai.com/g/358011/ | 生徒と2回目 | https://dlsite.com/bl-touch/work/=/product_id/RJ317398.html |
| 35 | https://zhb.doghentai.com/g/358017/ | こわいお兄さんが優しい | https://dlsite.com/bl-touch/work/=/product_id/RJ323075.html |
| 36 | https://zhb.doghentai.com/g/362311/ | こわいお兄さんが優しい | https://dlsite.com/bl-touch/work/=/product_id/RJ323075.html |
| 37 | https://zhb.doghentai.com/g/364624/ | 殺し屋さんの反省 | https://dlsite.com/bl-touch/work/=/product_id/RJ327314.html |
| 38 | https://zhb.doghentai.com/g/370811/ | 殺し屋さんの反省 | https://dlsite.com/bl-touch/work/=/product_id/RJ327314.html |
| 39 | https://zhb.doghentai.com/g/370812/ | 小説家の機嫌が良い | https://dlsite.com/bl-touch/work/=/product_id/RJ334977.html |

**EXHIBIT A**